AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| JaQuan Ferell,<br>*Plaintiff*<br>v.<br>South Carolina Department of Corrections; Bryan P. Stirling *Director*; Joel Anderson *Deputy Director - Operation,*<br>*Defendants.* | Civil Action No.    1:22-cv-01683-HMH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, JaQuan Ferell, shall take nothing of the defendants, South Carolina Department of Corrections, Bryan P. Stirling *Director*; Joel Anderson *Deputy Director - Operation* and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge, presiding. The Court having dismissed this case in accordant with Fed. R. Civ. P. 41(b).

Date:   September 13, 2022                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/L. Baker

                                                                                *Signature of Clerk or Deputy Clerk*