AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| JaQuan Ferell,<br>*Plaintiff*<br>v.<br><br>South Carolina Department of Corrections; Bryan P. Stirling *Director*; Joel Anderson *Deputy Director - Operation;* Stacey E. Richardson *Division Director - Classification Inmate Records;* Joseph Stines *Regional Director - Office of Operations;* Esther Labrador *Director of Men's Mental Health ,*<br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.    1:22-cv-01683-HMH |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, JaQuan Ferell, shall take nothing of the defendants, South Carolina Department of Corrections; Bryan P. Stirling *Director*; Joel Anderson *Deputy Director - Operation;* Stacey E. Richardson *Division Director - Classification Inmate Records;* Joseph Stines *Regional Director - Office of Operations;* Esther Labrador *Director of Men's Mental Health* and this action is dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:    September 14, 2022                                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                                    s/L. Baker

                                                                                                *Signature of Clerk or Deputy Clerk*